IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OPERATING ENGINEERS, et al | * | |
| Plaintiff | * | |
| | | Civil No.: S-00-0481 |
| v. | * | |
| DYNASTY EQUIPMENT | * | |
| Defendant | | |

\* \* \* \* \* \*

## ORDER

The court file reflecting that service of process has been effected upon the above-named defendant(s) and that defendant(s) has/have not yet filed any response to the Complaint, it is, this _11th_ day of July 2000,

ORDERED that plaintiff(s) file and serve by mail on the above named defendant(s) a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____
~~Frederic N. Smalkin,~~ Herbert N. Maletz, Sr.
U.S. District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 JUL 11  P 4: 23
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

U.S. District Court (Rev. 12/1999)